Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR08-5822 RBL |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL EXHIBITSS TO GOVERNMENT'S SENTENCING MEMORANDUM |
| LYNN JOHN MCDANIELS, ) | |
| Defendant. ) | |

Based on the government's Motion to Seal the Government's Exhibits to the Government's Sentencing Memorandum in the above-captioned case and the reasons set forth therein,

It is hereby ORDERED that the government's exhibits to the Government's Sentencing Memorandum shall be sealed and be allowed to remain under seal once filed.

DATED this 24th day of July, 2009.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Susan B. Dohrmann*
SUSAN B. DOHRMANN
WSBA # 13475
United States Attorney's Office

[PROPOSED] ORDER GRANTING MOTION TO SEAL
ATTACHMENT/MCDANIELS - 1
CR08-5822 RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970