Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR08-5822 RBL |
| vs. | ORDER |
| LYNN JOHN McDANIELS, | |
| Defendant, | |

THIS MATTER having come on regularly before the above-entitled Court upon the motion of the Defendant seeking permission for his newborn grandchild to reside in his family home and the Court deeming itself fully advised in the premises, now, therefore, it is hereby,

ORDERED that the Defendant is permitted to reside in his family home with his newborn grandchild.

DATED this 6th day of August, 2009.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1

7/31/09

Charles A. Johnston
Attorney at Law
202 East 34th Street
Tacoma, WA 98404
Tel.: (253) 473-3090

PRESENTED BY:　　　　　　　　　　　　　　APPROVED AS TO FORM; NOTICE OF
　　　　　　　　　　　　　　　　　　　　　　PRESENTATION WAIVED:

_____　　　_____
CHARLES A. JOHNSTON, WSBA#: 9058　　　SUSAN B. DOHRMANN, WSBA #: 13475
Attorney for Defendant　　　　　　　　　 Assistant United States Attorney

Order - 2

7/31/09